**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan Gutierrez      JOINT DEBTOR: Indira Gonzalez      CASE NO.: 13-29642 BKC RAM
Last Four Digits of SS# __0085__   Last Four Digits of SS# 7125

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, *Debtor(s)* to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $ __200.00__ for months __1__ to __60__;
   B. $_____ for months ____ to _____;
   C. $_____ for months ____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,500.00__ TOTAL PAID $1800.00 Balance Due $1700.00 payable $75.00/month (Months __1__ to __20__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

☐   1._____      Arrearage on Petition Date $_____
Address:_____    Arrears Payment $_____/month (Months ____ to ____)
_____            Regular Payment $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | $ | % | $ | To |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____   Total Due $_____ Payable $_____ /month (Months ____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $105.00/ month (Months 1 to 20) and $180.00 /month (Months 20 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Debtor
Date  9 - 20 - 13

_____
Joint Debtor
Date  9/20/2013