

**ORDERED in the Southern District of Florida on January 22, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:
Juan Gutierrez and
Indira Gonzalez,

Case No. 13-29642-RAM
Chapter 13

    Debtors.

_____/

## AGREED ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE came before the Court on <u>January 14, 2014 at 9:00 a.m.</u> on the Debtors' Objection to Claim #3-1 filed by Wells Fargo Bank (the "Objection"; D.E. #52). The Court noting the parties have reached an agreement, having reviewed the file and being otherwise fully advised, it is

**ORDERED**:

1. The Objection to Claim #3-1 filed by Wells Fargo Bank, is SUSTAINED.

2. That Proof of Claim #3-1 filed by Wells Fargo is allowed but shall receive no distribution from the chapter 13 Trustee as it is being treated directly and outside the chapter 13 plan.

3. It is further ORDERED ADJUDGED AND DECREED that the parties have agreed that Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the

Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor regarding property located at 308 E 3RD STREET UNIT 2, HIALEAH, FL 33010

UNIT 2, BLDG. 6, OF LOS PORTALES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF AS RECORDED IN OFFICIAL RECORDS BOOK 19655, PAGE 4383, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

4. The fourteen (14) day stay of this Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that WELLS FARGO BANK, N.A. can pursue its in rem remedies without further delay.

# # #

Attorney Richard J. Adams is directed to serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.