**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

_2nd_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan Gutierrez        JOINT DEBTOR: Indira Gonzalez           CASE NO.: 13-29642 BKC RAM
Last Four Digits of SS# __0085__   Last Four Digits of SS# 7125

This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A. $ 127.05    for months  1   to  14  ;
    B. $ 1569.16     for months  15 to  15 ;
    C. $ 447.84     for months  16 to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $  3,500.00 + 525  TOTAL PAID $1800.00 Balance Due $2225.00 payable $121.43/month (Months  1 to  14 ) and Pay $525/month (Months  15  to  15 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

    1. _____         Arrearage on Petition Date $ _____
Address:_____        Arrears Payment  $_____ /month  (Months ____ to _____ )
        _____        Regular Payment  $ _____/month  (Months _____to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | $ | % | $ | To |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____       Total Due $ _____Payable $ _____ /month (Months ____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $887.25/ month (Months 15 to 15), Pay $403.06/ month (Months  16 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. Debtor will treat the homestead property located at 308 East 3 Street, # 2 Hialeah, FL 33010  with Wells Fargo Home Mortgage and Los Portales Phase I Condominium directly and outside the plan.
2. The Debtors will pay 100% of allowed  unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


s/ Richard Adams, Esq.                      /s/ Richard Adams, Esq.
For Debtor: Juan Gutierrez                   For Joint Debtor: Indira Gonzalez
Date: _December 16, 2014___                  Date_December 16, 2014

Case 13-29642-RAM    Doc 84    Filed 12/16/14    Page 2 of 2